# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SANDRA MOODY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.    ) | **CASE NO. 7:05-cv-305-TMP** |
| ) | |
| **DILLARD'S, INC., et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), it is hereby stipulated that the above styled action may be dismissed with prejudice, each party to bear her or its own costs. Dillard's reserves the right to pursue the recovery of its costs in this action in the severed action against Hollis Casey should it prevail on her claims in that lawsuit.

This 29th day of January, 2008.

| | |
|---|---|
| *s/ W. Percy Badham, III* | *s/ Brian R. Bostick* |
| Patrick C. Cooper | Timothy A. Palmer |
| W. Percy Badham, III | Brian R. Bostick |
| Kem L. Marks | **OGLETREE, DEAKINS, NASH, SMOAK** |
| **MAYNARD, COOPER & GALE, P.C.** | **& STEWART, P.C.** |
| 2400 AmSouth/Harbert Plaza | One Federal Place, Suite 1000 |
| 1901 6th Avenue North | 1819 Fifth Avenue North |
| Birmingham, Alabama 35203-2602 | Birmingham, Al 35203 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant Dillard's, Inc. |